**In the Interest of Z.M.H., a Minor.**

**N.H., Natural Mother, Appellant,**

v.

**Juvenile Officer, Respondent.**

**No. ED 75856.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

May 30, 2000.

Matthew E. Hill, Cape Girardeau, for appellant.

Abbie Crites-Leoni, Cape Girardeau, David S. Durbin, Jefferson City, Jeffrey P. Dix, Guardian Ad Litem, Jackson, for respondent.

Before GARY M. GAERTNER, P.J., and ROBERT G. DOWD, Jr., and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

The trial court terminated the parental rights of Z.M.H.'s natural mother (Mother). Mother appeals the trial court's judgment and argues the trial court erred when it (1) denied Mother's motion for a directed verdict, (2) terminated Mother's rights because the judgment was against

the weight of the evidence, and (3) failed to consider and make findings required under Section 211.447, RSMo 1998. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth reasons for this order pursuant to Rule 84.16(b).